# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Glenn Lewellen, et al.

Defendant.

Case No.: 1:09−cr−00332
Honorable Joan B. Gottschall

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 5, 2021:

MINUTE entry before the Honorable Joan B. Gottschall as to Glenn Lewellen: Enter order denying defendant Glenn Lewellen's motion (No. [2003]) for early termination of supervised release. In accordance with the order, the condition of supervised release requiring Mr. Lewellen to submit to mandatory drug testing is stricken going forward. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.