# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

, et al.

Defendant.

Case No.: 1:09−cr−00332
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

MINUTE entry before the Honorable Joan B. Gottschall as to Glenn Lewellen: Defendant Glenn Lewellen's unopposed motion [2141] for permission to travel on a schedule vacation to Fiji from 11/19/2023 to 12/1/2023 is granted. As stated in the motion, Lewellen shall provide his probation officer with a copy of his itinerary prior to his departure. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.